IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| vs. | : | CASE NO. 3:18-CR-57 (CAR) |
| | : | |
| **CHANDLER MOORE,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

TO THE HONORABLE JUDGES OF SAID COURT:

The petition of the United States of America, by Charles E. Peeler, United States Attorney for the Middle District of Georgia, respectfully shows:

1. That an indictment was filed against CHANDLER MOORE in the United States District Court for the Middle District of Georgia, charging the defendant with Conspiracy to Possess With Intent to Distribute Methamphetamine in violation of Title 21, United Sates Code, Section 846, in connection with Title 21, United States Code, Sections 841(a)(1), and (b)(1)(A)(viii).

2. That said Defendant is now confined at the Cherokee County Adult Detention Center in Cherokee County, Georgia, in the custody of the Sheriff thereof.

3. Petitioner further shows that the above-entitled case has been assigned for an initial appearance on the 18th day of March 2019, at 2:30 p.m. at the United States Courthouse in Macon, Georgia, and it is necessary that said Defendant be brought before this Honorable Court for said hearing at the time aforesaid.

WHEREFORE, your Petitioner prays that a writ of habeas corpus ad prosequendum duly issue, directed to the Warden of said penal institution, directing

and requiring him to deliver the body of the said CHANDLER MOORE, W/M, DOB \*\*/\*\*/1985, to the Marshal of this District, or his lawful deputy, to be brought by him before this Honorable Court at the time of said hearing aforesaid, to the end that he may then and there participate in the initial appearance on the 18th day of March 2019, at 2:30 p.m., and may receive and abide by the judgment of this Court in the premises, thence to be returned to the custody from whence he came.

RESPECTFULLY SUBMITTED, this 21st day of February 2019.

Charles E. Peeler
United States Attorney

By: */s/ Tamara A. Jarrett*
Assistant United States Attorney
Georgia Bar No. 389629
United States Attorney's Office
Middle District of Georgia
Post Office Box 1702
Macon, Georgia 31202-1702
Telephone: (478) 752-3511
Facsimile: (478)621-2655