IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIM. NO. 3:18-CR-00057 |
| CHANDLER MOORE, | : |
| Defendant. | : |

## P L E A

I, CHANDLER MOORE having been advised of my Constitutional rights and having had the charges herein stated to me in open court, plead NOT GUILTY to the Indictment in open court, this _18_ day of _March_, 20_19_.

_____
CHANDLER MOORE
DEFENDANT

_____
ATTORNEY FOR DEFENDANT

_____
TAMARA A. JARRETT
ASSISTANT UNITED STATES ATTORNEY