# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### ATHENS DIVISION
### AT ATHENS, GEORGIA



### MINUTE SHEET
### OF COURT PROCEEDINGS ( )

Date: 05/21/2019              Type of Hearing:    Change of Plea

Judge: C. Ashley Royal         Court Reporter:     Betsy Peterson

Courtroom Deputy: Lee Anne Purvis     Law Clerk:

**Case Number: 3:18-cr-57-4(CAR)**

U. S. A.                          Counsel:            Tamara Jarrett

   vs.

Chandler Moore                    Counsel:            Eric Eberhardt

Agents/Experts in attendance: Jessica McFadden, USPO

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR:/02**

11:43  The Court calls the case. Eric Eberhardt requests a continuance for additional discovery and plea negotiations. AUSA Tamara Jarrett offers no objection. Case continued to the August term of court.

11:45  Matter concluded.