# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 3:19-CR-57-CAR-CHW |
| CHANDLER MOORE, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER FOR CONTINUANCE

On February 14, 2019, the Grand Jury returned a multi-count, multi-defendant superseding indictment charging Defendant Chandler Moore with conspiracy to possess with intent to distribute methamphetamine.[1] On March 18, 2019, Defendant pled not guilty at his arraignment and was released on a secured bond. This is the first continuance requested by Defendant Moore.

At the pretrial conference on May 21, 2019, defense counsel moved to continue the trial of this case representing that additional time is needed for discovery and to continue plea negotiations. The Government did not object. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant and his counsel adequate time to address these matters, and the ends of justice served by granting a continuance

---

[1] The superseding indictment also charged co-defendants Amy Laura Leonard and William Mathew Howard with Conspiracy to Possess with Intent to Distribute Methamphetamine and additionally charged them with Possession with Intent to Distribute Methamphetamine, Possession of a Firearm in Furtherance of a Drug Trafficking Crime, and Possession of a Firearm by a Convicted Felon.

outweigh the interests of Defendant and the public in a speedy trial.  Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, Defendant's request for a continuance is **GRANTED**, and  **IT IS HEREBY ORDERED** that this case be continued until August 12, 2018, the next term of Court for the Athens Division.  The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161. .

    **SO ORDERED,** this 5th day of June, 2019.

        S/  C. Ashley Royal
        C. ASHLEY ROYAL, SENIOR JUDGE
        UNITED STATES DISTRICT COURT