# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### ATHENS DIVISION
### AT ATHENS, GEORGIA



## MINUTE SHEET
## OF COURT PROCEEDINGS ( )

Date: 07/09/2019                           Type of Hearing:     Pretrial Conference

Judge: C. Ashley Royal                     Court Reporter:      Tammy DiRocco

Courtroom Deputy: Lee Anne Purvis          Law Clerk:

### Case Number: 3:18-cr-57-4(CAR)

U. S. A.                                   Counsel:             Tamara Jarrett

    vs.

Chandler Moore                             Counsel:             Eric Eberhardt

Agents/Experts in attendance: Jessica McFadden, USPO

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR:/03**

10:11   The Court calls the case. Eric Eberhardt moves jointly with the Government to continue this case due to medical issues of Defendant. Motion GRANTED. This case is continued to the October term of court.

10:14   Matter concluded.