IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | No. 3:18-CR-57-CAR-CHW |
| CHANDLER MOORE, : | |
| : | |
| Defendant. : | |
| : | |

**ORDER TO CONTINUE TRIAL**

On February 14, 2019, the Grand Jury returned a multi-count, multi-defendant superseding indictment charging Defendant Chandler Moore with conspiracy to possess with intent to distribute methamphetamine.[1] On March 18, 2019, Defendant pled not guilty at his arraignment and was released on a secured bond. This case has been previously continued three times.

At the pretrial conference on November 12, 2019, defense counsel moved to continue this case representing that Defendant is in poor health and should not travel. Defense counsel and the Government represent that Defendant has experienced health-related issues throughout defense counsel's representation making it difficult for

---

[1] The superseding indictment also charged co-defendants Amy Laura Leonard and William Mathew Howard with Conspiracy to Possess with Intent to Distribute Methamphetamine and additionally charged them with Possession with Intent to Distribute Methamphetamine, Possession of a Firearm in Furtherance of a Drug Trafficking Crime, and Possession of a Firearm by a Convicted Felon.

1

Defendant and his counsel to meet, confer, and make decisions regarding this case. Therefore, additional time is needed for further plea negotiations. The Government consented to the request for a continuance. Having considered the matter, the Court finds it serves the ends of justice to grant the Defendant and Defendant's counsel adequate time to address these matters. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, **IT IS HEREBY ORDERED** that this case be continued until January 27, 2020, the next term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 25th day of November, 2019.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT