AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
## Middle District of Georgia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:18-CR-57 |
| CHANDLER MOORE | ) | |
| | ) | |
| Defendant | ) | |

Filed at 11:42 AM
1-15, 2020

DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 1/15/20

_Defendant's signature_

_Signature of defendant's attorney_

ERIC EBERHARDT
_Printed name of defendant's attorney_

_Judge's signature_

C. ASHLEY ROYAL
_Judge's printed name and title_