# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | SUPERSEADING INFORMATION |
| | : | CRIM. NO. 3:18-CR-57(CAR) |
| v. | : | |
| | : | VIOLATIONS: |
| CHANDLER MOORE | | |
| | | 21 U.S.C. § 841 (a)(1) |
| Defendant | : | 21 U.S.C. § 841(b)(1)(C) |
| | : | 18 U.S.C. § 2 |

Filed at 11:42 AM
1-15, 2020

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
### (POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE)

From on or about August 1, 2018 to September 22, 2018, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**CHANDLER MOORE,**

defendant herein, knowingly and intentionally conspired with others both known and unknown to the United States Attorney, to knowingly and intentionally possess with intent to distribute Schedule II controlled substances, to-wit: a mixture containing a detectable amount of methamphetamine in violation of Title 21, United States Code Sections 841(a)(1); 841(b)(1)(C) and Title 18 United States Code, Section 2.

Presented by:
CHARLES E, PEELER
UNITED STATES ATTORNEY

TAMARA A. JARRETT
ASSISTANT UNITED STATES ATTORNEY