# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION
# AT MACON, GEORGIA



## MINUTE SHEET
## OF COURT PROCEEDINGS ( )

| | |
|---|---|
| Date: 01/15/2020 | Type of Hearing: Pretrial Conference |
| Judge: C. Ashley Royal | Court Reporter: Tammy DiRocco |
| Courtroom Deputy: Lee Anne Purvis | Law Clerk: |

### Case Number: 3:18-cr-57-4(CAR)

| | | |
|---|---|---|
| U. S. A. | Counsel: | Tamara Jarrett |
| vs. | | |
| Chandler Moore | Counsel: | Eric Eberhardt |

Agents/Experts in attendance: Jessica McFadden, USPO

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR:/22**

11:40   The Court calls the case. AUSA Tamara Jarrett announces Defendant will plea to an Information and presents the Information and Waiver of Indictment. The Court confirms Defendant's understanding of the Waiver. Identity established. Defendant sworn. The Court inquires into defendant's competence to plead and defendant's voluntariness to plead. The Court reviews constitutional rights with defendant and explains the waiver of rights and waiver of rights to appeal. The Court confirms Defendant's understanding of the Information. AUSA Jarrett explains the essential elements of the charge against defendant and reads the stipulation of facts from the plea agreement. Defendant confirms stipulation as read. Defendant confirms his satisfaction with his counsel. Plea agreement identified. The Court inquires into defendant's understanding of the plea agreement. AUSA Jarrett states the range of sentence and maximum penalty. The Court inquires into any issues pertaining to sentencing. Plea entered. Defendant is directed to cooperate with probation in the preparation of the pre-sentence investigation. Sentencing will be held on May 6, 2020 in Athens. Eric Eberhardt moves for Defendant to remain on supervised release. AUSA Jarrett offers no objection. Defendant shall remain on supervised release. The Court cautions Defendant re: future criminal activity.

12:02   Adjourned.