## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

UNITED STATES OF AMERICA      :

                  :      **Case No. 3:18-CR-57 (CAR)**

      **v.**            :

                  :

**CHANDLER MOORE,**      :         Filed at _12:03 P_ M

                  :          _1 - 15_ , 20_20_

      **Defendant.**      :

_____ :      DEPUTY CLERK, U.S. DISTRICT COURT
                              MIDDLE DISTRICT OF GEORGIA

### CHANGE OF PLEA

I, CHANDLER MOORE, having been advised of my constitutional rights, and having had the charges herein stated to me, and pursuant to a written plea agreement, the terms of which are subject to acceptance or rejection by the court at such time as the Court has considered a presentence report, do now hereby plead **GUILTY** to Count One of the Superseding Information, this day of _January  15_____, 2020.

I also acknowledge the fact that the Court is required to consider any applicable sentencing guideline when imposing sentence in this case.

CHANDLER MOORE
DEFENDANT

ERIC EBERHARDT
ATTORNEY FOR DEFENDANT

TAMARA A. JARRETT
ASSISTANT UNITED STATES ATTORNEY