**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **NO. 3:18-CR-57-004(CAR)** |
| **CHANDLER MOORE** | |

**ORDER REVOKING VOLUNTARY SURRENDER**

On August 6, 2020, Chandler Moore was sentenced to the custody of the Bureau of Prisons for a period of 46 months for the offense of Possession with Intent to Distribute Methamphetamine. He requested voluntary surrender. The Court granted his request and ordered that he surrender to the Butts County Detention Center, Jackson, Georgia, on August 17, 2020. The defendant failed to surrender, as directed.

For good and sufficient cause shown to the Court, **IT IS HEREBY ORDERED** that the order granting voluntary surrender be revoked and bench warrant issued. The U.S. Marshals Service is hereby directed to assume immediate custody of the defendant to begin serving the sentence imposed on August 6, 2020.

SO ORDERED this 21st day of August, 2020.

s/C. Ashley Royal
C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE